UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAX FORMAL CO.;<br>PLF LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE HARTFORD CASUALTY<br>INSURANCE CO.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-006-ML |

**ENTRY OF APPEARANCE**

I, Raymond M. Ripple, hereby enter my appearance on behalf of Defendant The Hartford Casualty Insurance Company.

THE HARTFORD CASUALTY
INSURANCE CO.

By its Attorneys,

/s/ Raymond M. Ripple________________

Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Date: January 22, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 22, 2008.

/s/ Raymond M. Ripple
Raymond M. Ripple