UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAX FORMAL CO.;<br>PLF, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE HARTFORD CASUALTY<br>INSURANCE CO.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-006-ML |

**STIPULATION**

Plaintiffs, Max Formal Co. and PLF, LLC, through their undersigned counsel, and defendant, The Hartford Casualty Insurance Co. ("Defendant"), through its undersigned counsel, stipulate and agree that the time for Defendant to answer, move or otherwise respond to the Complaint is hereby extended through and including March 3, 2008.

MAX FORMAL CO. and
PLF, LLC

By their Attorneys,

/s/ John D. Deacon, Jr.
John D. Deacon, Jr. (#2226)
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 272-8195 (fax)
jdeacon@lmkbw.com

THE HARTFORD CASUALTY
INSURANCE CO.

By its Attorneys,

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
rripple@eapdlaw.com

Dated: January 29, 2008