UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAX FORMAL CO.;<br>PLF, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THE HARTFORD CASUALTY<br>INSURANCE CO.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-006-ML |

**SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that the following schedule for discovery is established in this case:

1. All discovery will be closed, except for damages discovery, by **October 31, 2008**;
2. The parties are to attempt settlement through private mediation on or before **November 15, 2008**;
3. All damages discovery will be closed by **December 30, 2008**; and
4. Dispositive motions shall be filed by **December 30, 2008**.

Counsel shall file electronically, 30 days after a decision on any dispositive motion, or, if no dispositive motions are filed, by **January 30, 2009**, a memorandum which shall contain the following information:

1. (a) Plaintiff will set forth what is expected to be proven in support of the claim, indicating each witness to testify with a brief summary of his/her testimony and a statement as to whether that witness will testify as an expert.

1. (b) Defendant will set forth what is expected to be proven in defense, indicating each witness to testify with a brief summary of his/her testimony and a statement as to

whether that witness will testify as an expert.

2. A memorandum of supporting law with citations of authorities. This is to include all the law applicable to the case with emphasis on special legal issues. All pertinent citations will be fully briefed.

3. A statement as to probable length of trial.

At least **10 days** before jury selection, or, in the case of a matter to be tried without a jury, **10 days** before trial is to begin, counsel shall submit to the court in conventional form (paper) the following:

1. A list of all exhibits intended to be offered at the trial with statements of the purpose for which the exhibit is offered. All said exhibits will be pre-marked by the plaintiff in numerical order and by the defendant in alphabetical order.

2. If said captioned case is to be tried before a jury, full and complete proposed jury instructions.

Failure to strictly comply with this order will result in appropriate sanctions which may include dismissal, default, or exclusion of evidence.

After 10 days from the close of discovery, no motions shall be filed except by leave of the undersigned; the case is subject to being called for trial on 48-hour notice, unless otherwise ordered by the undersigned.

Every effort should be made to settle the case before jurors are summoned for impanelment. **Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than 7 days before the scheduled impanelment date.** Jury costs and/or counsel fees may be assessed against one or more of the parties and/or their counsel if the court

determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

**SO ORDERED:**

Mary M. Lisi
Chief United States District Judge

**PRESENTED BY:**

THE HARTFORD CASUALTY
INSURANCE CO.

By its Attorneys,

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Craig E. Stewart (*pro hac vice*)
EDWARDS ANGELL PALMER
& DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0764
(617) 227-4420 (Fax)
cstewart@eapdlaw.com